# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS RITTLE, | ) |
| Plaintiff | ) ) ) |
| v. | ) **Case No.:** ) |
| NATIONAL RECOVERY AGENCY, | ) **COMPLAINT AND DEMAND FOR** ) **JURY TRIAL** ) |
| Defendant | ) **(Unlawful Debt Collection Practices)** |

## COMPLAINT

DENNIS RITTLE ("Plaintiff"), by and through his attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against NATIONAL RECOVERY AGENCY ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28

U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. Defendant conducts business in the Commonwealth of Pennsylvania and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

## PARTIES

5. Plaintiff is a natural person residing in Annville, Pennsylvania 17003.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

7. Defendant is a national debt collection company with its corporate headquarters located at 2491 Paxton Street, Harrisburg, Pennsylvania 17111.

8. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and repeatedly contacted Plaintiff in an attempt to collect a debt.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. At all pertinent times hereto, Defendant was hired to collect a consumer debt and attempted to collect that debt from Plaintiff.

11. Defendant collects, and attempts to collect, debts incurred, or alleged

to have been incurred, for personal, family, or household purposes on behalf of creditors using the U.S. Mail, telephone and/or internet.

12. The debt Defendant was seeking to collect, an auto loan, arose out of transactions that were primarily for personal, family, or household purposes.

13. Beginning in or around March 2012 and continuing through November 2012, Defendant continuously and repeatedly contacted Plaintiff on his cellular telephone seeking and demanding payment of an alleged debt.

14. Defendant contacted Plaintiff, on average, three (3) times a day, resulting at times in more than ten (10) collection calls a week, in its attempts to collect an alleged debt.

15. It was aggravating, annoying and harassing for Plaintiff to receive continuous collection calls on his cellular telephone.

16. In response to Defendant's collection calls, on more than one occasion, Plaintiff instructed Defendant to stop calling him,

17. Despite Plaintiff's clear request, Defendant continued to call Plaintiff on a continuous and repetitive basis, most of the time resuming its collection calls to him 48 hours later.

18. Defendant knew that Plaintiff did not want to be called on his cellular telephone, but continued to do so, with the intent to annoy, abuse and harass Plaintiff, hoping that such continued calls would cause Plaintiff to make payment

on the alleged debt.

19. Further, in response to Plaintiff's request that Defendant stop calling, Defendant falsely claimed to Plaintiff that it did not have to stop calling, and instead could do whatever it wanted to collect the debt.

20. Upon information and belief, Defendant called Plaintiff on a repetitive and continuous basis with the intent of harassing Plaintiff into paying the alleged debt.

## DEFENDANT VIOLATED THE
## FAIR DEBT COLLECTION PRACTICES ACT

## COUNT I

21. Defendant's conduct, as detailed in the preceding paragraphs, violated 15 U.S.C. §§1692d and 1692d(5).

   a. A debt collector violates §1692d of the FDCPA by engaging in conduct of the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

   b. A debt collector violates §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse, or harass any person at the called number.

   c. Here, Defendant violated §§1692d and 1692d(5) of the FDCPA by continuously contacting Plaintiff, on average, three (3) times a day

4

PLAINTIFF'S COMPLAINT

in attempts to collect a consumer debt with the intent to annoy, abuse, and harass Plaintiff.

## COUNT II

22. Defendant's conduct, as detailed in the preceding paragraphs, violated 15 U.S.C. §1692e of the FDCPA.

    a. A debt collector violates §1692e of the FDCPA by using any false, deceptive or misleading representations or means in connection with the collection of any debt.

    b. Here, Defendant violated §1692e of the FDCPA by telling Plaintiff that it could do whatever it wanted in its attempts to collect the alleged debt.

WHEREFORE, Plaintiff, DENNIS RITTLE, respectfully prays for a judgment as follows:

    a. All actual damages suffered pursuant to 15 U.S.C. §1692k(a)(1);

    b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. §1693k(a)(3); and

    d. Any other relief deemed appropriate by this Honorable Court.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DENNIS RITTLE, demands a jury trial in this case.

                                     RESPECTFULLY SUBMITTED,

Date: 02/27/2013                 By: */s/ Craig Thor Kimmel*
                                           CRAIG THOR KIMMEL
                                           Attorney ID No. 57100
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Pike
                                           Ambler, PA 19002
                                           Phone: (215) 540-8888
                                           Fax: (877) 788-2864
                                           Email: kimmel@creditlaw.com

PLAINTIFF'S COMPLAINT